

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-20-00598-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS Y. BENAVIDES, JR., AN INCAPACITATED PERSON,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6–000081-L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on May 12, 2021. On the extended due date, Appellant filed a second motion for extension of time to file the brief until June 11, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on June 11, 2021. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

